No. 07-17-00205-CV

| | | |
|---|---|---|
| Timothy Ray Covil<br>    Appellant | § | From the 223rd District Court<br>    of Gray County |
| | § | |
| v. | | July 27, 2017 |
| | § | |
| Pamela L. Covil | | Opinion Per Curiam |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 27, 2017, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o